# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

D. BART ROCKETT,                    )
                                    )
                  Plaintiff,        )
                                    )
v.                                  )  Case No. 6:21-cv-03152
                                    )
THE HONORABLE ERIC D.               )
EIGHMY,                             )
                                    )
                  Defendant.        )
                                    )

## ENTRY OF APPEARANCE

COMES NOW Michael E. Talent, Deputy Solicitor General, and enters his appearance on behalf of the Honorable Eric D. Eighmy.

Respectfully submitted,

**ERIC S. SCHMITT**
MISSOURI ATTORNEY GENERAL

/s/ *Michael E. Talent*
Michael E. Talent, #73339MO
  *Deputy Solicitor General*
Office of the Attorney General
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102
Tel. (314) 340-4869
Fax (573) 751-0774
Michael.Talent@ago.mo.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2021, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Michael E. Talent*

Deputy Solicitor General

*Counsel for Defendant*