# VERDICT A

**Note:** Complete this form by writing in the names required by your verdict.

On Plaintiff Kadan Rockett's claim against defendant Judge Eighmy for unreasonable seizure, as submitted in Instruction No. 19 we find in favor of:

_Kaden Rockett_

**(Plaintiff Kadan Rockett)** or (Defendant Judge Eighmy)

On Plaintiff Kadan Rockett's claim against defendant Judge Eighmy for speech retaliation, as submitted in Instruction No. 20 we find in favor of:

_Judge Eighmy_

(Plaintiff Kadan Rockett) or **(Defendant Judge Eighmy)**

On Plaintiff Kadan Rockett's claim against defendant Judge Eighmy for violation of due process, as submitted in Instruction No. 21 we find in favor of:

_Judge Eighmy_

(Plaintiff Kadan Rockett) or **(Defendant Judge Eighmy)**

**Note:** Complete the following paragraphs only if the above finding is in favor of the Plaintiff Kadan Rockett on one or more of his claims.

We find Plaintiff Kadan Rockett's damages to be:

$ _None_  KA-12-12-24  New $5000.00 KA  (state the amount or, if none, write the word "none")

**Note:** You may not award punitive damages unless you have first found against defendant Judge Eighmy above and awarded damages to Plaintiff Kadan Rockett.

We assess punitive damages against defendant Judge Eighmy as follows:

$ _None_ (state the amount or, if none, write the word "none").

_Kenneth Appleberry_
Foreperson

Dated: _12-12-24_