# VERDICT B

**Note:** Complete this form by writing in the names required by your verdict.

On Plaintiff Brooklyn Rockett's claim against defendant Judge Eighmy for unreasonable seizure, as submitted in Instruction No. 29 we find in favor of:

_Brooklyn Rockett_
((Plaintiff Brooklyn Rockett))   or   (Defendant Judge Eighmy)

On Plaintiff Brooklyn Rockett's claim against defendant Judge Eighmy for speech retaliation, as submitted in Instruction No. 30 we find in favor of:

_Judge Eighmy_
(Plaintiff Brooklyn Rockett)   or   ((Defendant Judge Eighmy))

On Plaintiff Brooklyn Rockett's claim against defendant Judge Eighmy for violation of due process, as submitted in Instruction No. 31 we find in favor of:

_Judge Eighmy_
(Plaintiff Brooklyn Rockett)   or   ((Defendant Judge Eighmy))

**Note:** Complete the following paragraphs only if the above finding is in favor of the Plaintiff Brooklyn Rockett on one or more of her claims.

We find Plaintiff Brooklyn Rockett's damages to be:

KA 12-12-24                 KA
$ ~~None~~ New $5000.00 (state the amount or, if none, write the word "none")

**Note:** You may not award punitive damages unless you have first found against defendant Judge Eighmy above and awarded damages to Plaintiff Brooklyn Rockett.

We assess punitive damages against defendant Judge Eighmy as follows:

$ _None_ (state the amount or, if none, write the word "none").

_Kenneth Appleberry_
Foreperson

Dated: _12-12-24_