UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

# JUDGMENT IN A CIVIL CASE

D. BART ROCKETT, et al.,　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
　　vs.　　　　　　　　　　　　　　　　）　　　Case No. 21-3152-CV-S-MDH
　　　　　　　　　　　　　　　　　　　　）
ERIC DELL EIGHMY,　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）

__x__　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____　Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Verdict A returned in favor of Plaintiff Kaden Rockett for unreasonable seizure. Claims for speech retaliation and violation of due process returned in favor of Defendant Judge Eighmy. Damages awarded in the amount of $5,000.00. $0.00 awarded for punitive damages.

Verdict B returned in favor of Plaintiff Brooklyn Rockett for unreasonable seizure. Claims for speech retaliation and violation of due process returned in favor of Defendant Judge Eighmy. Damages awarded in the amount of $5,000.00. $0.00 awarded for punitive damages.

**IT IS SO ORDERED**.

December 12, 2024　　　　　　　　　　　　　　Paige Wymore-Wynn
Date　　　　　　　　　　　　　　　　　　　　Clerk of Court

Entered on: December 12, 2024　　　　　　　　s/Linda Howard
　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk