UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| D. BART ROCKETT,<br>*as next friend of his minor child B.R.,*<br>*et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>THE HONORABLE ERIC D. EIGHMY,<br>*in his individual capacity only,*<br><br>Defendant. | ) | No. 6:21-cv-03152-MDH |

**Declaration of Hugh A. Eastwood**

1. My name is Hugh A. Eastwood, and I am an adult capable of making this affidavit. I am an Attorney admitted to this Court. I was admitted to the Missouri Bar in September 2009. I have also practiced, *inter alia,* at the Eighth Circuit and at the Supreme Court in civil rights cases. The majority of my litigation practice is before the Eastern District of Missouri since my office is in St. Louis; however, I also work on cases in the Western District of Missouri as well as other district courts outside of Missouri.

2. I am lead counsel, and one of three attorneys of record in this matter for Plaintiffs. At all relevant times, however, this case was staffed with only two attorneys. I worked the case with Mr. Schock at the client intake, research, pleading and interlocutory appeal stages. I then worked the case with Mr. Hoell at the discovery, summary judgment and trial phases. Mr. Schock continued to make valuable but very limited contributions as to his time once Mr. Hoell stepped in. This was in part a strategic decision, given Mr. Hoell's experience prosecuting child victim cases while he was an Assistant United States Attorney at the U.S. Department of Justice. Mr. Hoell is also a former

Assistant Attorney General for the State of Missouri, which gave Plaintiffs' legal team other insights given his former office's representation of defendant Judge Eighmy in this matter.

3. This Declaration is filed in connection with Plaintiffs' motion for their statutory attorney's fees and non-taxable costs and expenses pursuant to 42 U.S.C. § 1988.

### A. My Credentials

4. I received my J.D. from Yale Law School, and my B.A. with distinction in History from Yale University.

5. Since my Missouri licensure in 2009[1], I have engaged in the full-time private practice of law in the St. Louis area. I have worked on a variety of legal matters, but I have mostly worked on the litigation of civil right claims for damages and/or injunctive relief on behalf of plaintiffs. Particularly:

a. I have been part of the trial team in approximately 35 cases in state and federal courts, and I have been first chair in approximately 2/5 of those.

b. I have worked on numerous appeals in the Eighth Circuit as well as in the Missouri Supreme Court and Missouri Court of Appeals, and argued multiple times before each of the Eighth Circuit, the Missouri Supreme Court, and the Missouri Court of Appeals. (I have had wins and losses, as befits any litigator taking on serious matters of public interest.)

c. I have litigated many dozens of other cases to settlement before trial.

---

[1] Before working in Missouri, I was a litigation associate with O'Melveny & Myers LLP, where I was part of a trial team for a four-month trial in Los Angeles, California over the 2005 film *Sahara*, in which our client won a $5 million counterclaim verdict and attorney's fees (only the latter of which was later reversed on appeal). I then worked for a 501(c)4 organization that electioneered for President Obama during the 2008 presidential campaign. Before law school, I worked for Governor George E. Pataki of New York as the planner and project manager for the post-9/11 site planning for the World Trade Center Site in New York City. I also worked for my alma mater as to its commercial and residential real estate holdings, and as to its relations with the state and the city, as well as community stakeholders.

6. I have previously won jury verdicts in other civil rights litigation and separate statutory fee awards. My highest verdict in a § 1983 case was $2.25 million before attorney's fees before Judge Patricia L. Cohen in the St. Louis federal district court. *S.M. v. Lincoln Cnty.,* No. 4:12cv02276 PLC (E.D. Mo. Nov. 1, 2016). My highest settlement in a § 1983 case was $2.05 million before Judge John A. Ross in the St. Louis federal district court. *Faria v. McCarrick,* No. 4:16-cv-01175-JAR (E.D. Mo. Sep. 26, 2019). My most recent settlement in a § 1983 case involving a Fourth Amendment seizure claim and a minor was in 2024, and while confidential to the extent permitted by the Missouri Sunshine Act, I can report that it was $700,000 without identifying the parties.

7. I am the only Missouri and one of the only Midwestern members of the national board for the National Police Accountability Project, which since its founding has pioneered the contemporary practice of civil rights law under § 1983.

8. I was just one of six Missouri lawyers given an award in 2023-24 by Missouri Lawyers Media for being an "Influential Appellate Attorney" for my work leading the team that defeated Judge Eighmy's interlocutory appeal in this case.

9. In recent years, I have been invited to travel, publish and speak on the national level in this area of civil rights law. My recent speaking engagements include:

a. Moderator, "Favorable Terminations and Unreasonable Seizures: Malicious Prosecution claims after *Thompson v. Clark*," with Amir Ali (Executive Director, MacArthur Justice Center), Anna Benvenutti Hoffmann (Neufeld Scheck & Brustin LLP, New York), and Cary London (Shulman & Hill, New York), National Police Accountability Project CLE, *Dreams and Nightmares: Representing Civil Rights Clients with Criminal Pasts and Presents,* October 20, 2023. This occurred in Philadelphia, PA. It included Supreme Court and district court counsel in the *Thompson v. Clark*, a § 1983 case.

b. Presenter, "Eighth Circuit Civil Rights Jury Instructions," ACLU South Dakota CLE, *Heartland Police Accountability Project,* May 25, 2023. This occurred in Sioux Falls, SD. The goal was to educate as to best practices in submitting § 1983 jury instructions.

c. Moderator, "Strategies for Civil Rights Appeals: What Works and What Doesn't," with Anya Bidwell (Institute for Justice), Kelsi Brown Corkran (Supreme Court Director, Georgetown Law Institute for Constitutional Advocacy and Protection), Devi Rao (MacArthur Justice Center and Harvard Law School), National Police Accountability Project CLE, *Litigating Hard Cases in Hard Places: Hope for Police Accountability in 2022,* October 20, 2022. This event occurred in Atlanta, GA.

d. Moderator, "Discovery in Monell Cases," with attorneys John Fattahi, Hanna Chandoo, and Neil Gehlawat, National Police Accountability Project CLE, May 12, 2022. This event occurred in San Diego, CA.

e. Moderator, "Immunities on Appeal," with Erwin Chemerinsky (Dean, UC Berkeley School of Law and Jesse H. Choper Distinguished Professor of Law) and Kelsi Brown Corkran (Supreme Court Director, Georgetown Law ICAP), National Police Accountability Project CLE, October 12, 2021. During Covid-19, this occurred by national broadcast via Zoom.

10. My recent publications in which I was sole or lead author, which each address issues within § 1983 law, include:

a. Hugh Eastwood & Chris Hoell, *Commentary: With a Little Help from My Friends: Amicus Briefing in Appeals,* Missouri Lawyers Weekly (Aug. 2024).

b. Hugh A. Eastwood, *Absolute Immunity: The Gray Areas of Function, Malice, and Jurisdiction,* 39 Civil Rights Litigation and Attorney's Fees Annual Handbook 113 (2023).

c. Hugh A. Eastwood & W. Bevis Schock, *Insurance Coverage Hedges 1983 Collection Risk: A Case Study of a Notorious Missouri Murder,* 37 Civil Rights Litigation and Attorney's Fees Annual Handbook 255 (2021).

**B. <u>My billing rates in the context of the St. Louis, Missouri market</u>**

11. Through my contacts and work in the profession, client responses to my own fees, public disclosure of fees in Missouri Lawyers Weekly surveys, and a review of fee applications in other litigation, I have a working knowledge of the market(s) for legal services in the St. Louis metropolitan region.

12. My current hourly rate is $550 per hour for litigation of civil rights cases, and for appellate work.

13. At the present time I routinely receive the $385 rate from my private commercial and individual clients on ordinary state court legal matters. These matters are adversarial or transactional in nature, or both.

14. I acknowledge that in some situations for a variety of reasons including inability to pay, or public interest importance of the work, I work for lower rates at a "missionary discount," but that is inapposite here because my burden is to provide the district court with market rate information for attorneys of similar skill representing similar clients in similar cases in the area of the litigation.

15. This litigation was more complex than a routine legal matter. As such, higher fees are warranted.

16. I am seeking $550 per hour as my rate in this matter. That rate is fair and reasonable for my services in light of (a) the market (b) my experience, (c) my reputation, (d) my ability, and (e) the complex nature of civil rights work. Further, the Bar recognizes that there is a significant risk

premium to plaintiffs and their counsel in civil rights cases. I would not have taken this case without the § 1988 statute.

17. My market rate briefing is in Plaintiffs' accompanying Motion, and is incorporated here by reference.

18. I have improved significantly as a lawyer since Eastern District Judge Limbaugh awarded me $475 per hour in May 2021 in another noted § 1983 case involving the First Amendment rights of homeless people to beg from motorists. *Fernandez v. St. Louis Cnty.,* 538 F. Supp. 3d 888 (E.D. Mo. 2021).[2] That includes notable settlements, *e.g.,* $700,000 in 2024 for a case involving a Fourth Amendment seizure of a minor. Perhaps because of the improving quality of my work, I have since been asked to serve as lead counsel in complex § 1983 cases outside of Missouri. *See, e.g., Dahl v. Turner,* No. 2:22-cv-72 (E.D. Tenn.) (First Amendment whistleblower retaliation case brought by a former federal prosecutor involving the spiking of an investigation by a local police department as to a prominent local businessman who recorded himself sexual assaulting 75 women and children). As noted above, I have also since spoken and published on these topics at the national level.

19. Some of my significant § 1983 settlements involved not only the payment of damages, but other changes based on injunctive relief. For example, the City of St. Louis revised its SWAT team and building search policy known as Project 87. *Walker v. City of St. Louis,* No. 4:15-cv-1254-CDP

---

[2] Some of my older published cases involving my fees include: *S.M. v. Lincoln County, Mo.,* No. 4:12-cv- 02276-PLC (November 1, 2016), *aff'd on other grounds,* 874 F.3d 581 (8th Cir. 2017), in which the Hon. Patricia L. Cohen awarded me $350 per hour in November 2016; *Holifield v. Warren County Emergency Svcs. Board,* 13BB-CC00060-01 (Montgomery County Circuit Court, Mo.) in January 2016, a case in which the Hon. Rick Zerr awarded me $300 per hour on a successful Missouri Human Rights Act plaintiff's verdict; and *Owens v. St. Louis Metropolitan Police Dep't, et al.,* 1122-CC02140 (St. Louis City Circuit Court, Mo.) in May 2014, in which the Hon. Jimmie Edwards awarded me $250 per hour for a successful first-chair §1983 plaintiff's verdict.

(E.D. Mo. Dec. 29, 2016), reversing qualified immunity denial but remanding for *Monell* proceedings, 881 F.3d 1056 (8th Cir. 2018). Other major six-figure settlements stemmed from the abuse of minors, or the sexual abuse of vulnerable persons. Notable as to a seizure claim, in 2019 as first chair, I won a Missouri jury verdict of $100,00 for actual damages for malicious prosecution for a woman who was seized for three hours on a red light camera ticket that went to warrant. *Roeder v. City of St. Peters, et al.,* No. 1511-CC01064-01 (St. Charles County Circuit Court, Mo., Mar. 29, 2019), *aff'd,* ED107997 (Mo. App. E.D. Feb. 11, 2020) (unpublished), *transfer denied,* 599 S.W.3d 491 (Mo. Sup. Ct., June 2, 2020). On information and belief, this was the second-highest-ever jury verdict for actual damages for malicious prosecution by a municipality in Missouri history. A motion for remittitur was denied by the trial court.

20. Perhaps because of my work in the Missouri federal courts, I have been invited by the judges of the Eastern District of Missouri to participate as a member of the merit selection panels for two federal magistrate judges (the appointment of Magistrate Judge Welby, and the renewal of Magistrate Judge Mensah).

21. I have also been asked by the judges of the Eastern District to serve as limited appointment counsel in a variety of civil rights cases, whether at the mediation or summary judgment stages. I have generally accepted those appointments, and tried my best to assist my appointed client and the Court.

22. In the community, my public service activities include, *inter alia,* past Board Secretary and current Board member for Missouri Appleseed, whose legislative advocacy efforts in Jefferson City on behalf of women and children, and their intersection with Missouri's public health, criminal justice and child welfare systems, include the reform of government misconduct

and attorney's fees statutes. I am also past Board President for Kairos Academies, a St. Louis charter school.

23. Nathan Swanson declares that my $550 hourly rate is reasonable. Mr. Swanson, a principal at Scott Rosenblum's firm in St. Louis, perhaps familiar to the Court for its criminal defense work, regularly discusses with me and refers to me various civil rights work that comes to him out of his criminal defense practice. Mr. Swanson, individually and through his firm, were co-counsel with me for the civil plaintiff's team in the $2.05 million *Faria* settlement referenced above.

24. Jack Waldron declares that my $550 hourly rate is reasonable. Mr. Waldron is a civil rights attorney in St. Louis, and was formerly the Managing Attorney for the Civil Litigation department at Arch City Defenders, a nonprofit legal advocacy organization. Mr. Waldron and I consult regularly about civil rights matters. For example, I recently mooted Mr. Waldron's team for an Eighth Circuit oral argument in a § 1983 seizure case with difficult qualified immunity issues.

25. I anticipate I may seek leave of Court to supplement additional peer attorney Declarations if the defendant challenges the sufficiency of evidence for my Hourly Rate.

**C. Method of Record Keeping**

26. I created my time records in this matter by making daily entries in a software program that backs up to an encrypted server. Each entry has included the date, a general description of the task performed (and in many cases more detailed notes that may be privileged and are not produced here), and the amount of time expended. In general, I believe my calculation of increments of time has been reasonable, for I count in tenths of hours.

27. As to my expenses, I track those in software, and also keep backup and paper records of expenses.

**D. Attraction to Case: Availability of 42 U.S.C. 1988 Fee Shifting Statute**

28. This case was a 42 U.S.C. §1983 case based on First, Fourth and Fourteenth Amendment causes of action involving a common core of facts. As the Court held in its Order on summary judgment, these were meritorious claims for trial with disputed facts, even after an interlocutory appeal and vigorous discovery.

29. As I considered taking on and continued to litigate this case, the existence of the 42 U.S.C. § 1988 fee shifting statute was critical to my decision to prosecute this case. I am aware of the general difficulties for plaintiffs in winning civil rights cases, of the vicissitudes of the immunity doctrine's application to plaintiffs, and of the amount of time and effort that goes into any one representation. I am also aware of the Supreme Court's emphasis on the broader public benefits that can flow from the impacts of any such successful civil rights litigation.

**E. Work on this Case**

30. My work has included but not been limited to:

a. At the very beginning, working to interview and intake the clients, as well as to understand the facts and to determine the appropriate causes of action;

b. Educating myself in and determining the effects of the Supreme Court's and the Circuit Court's judicial immunity case law and the history of the doctrine;

c. Drafting the initial pleadings;

d. Revising research and briefing to respond to court rulings and new developments in the law as to immunity and liability;

e. Propounding written discovery and responding to written discovery, as well as taking depositions;

f. Engaging in strategic analysis;

g. Participating in this Court's Mediation and Assessment Program;

h. Communicating through various means with the clients, witnesses and attorneys (a task made more difficult by the realities that Plaintiffs do not reside in Missouri; other witnesses do not reside in Missouri; certain other witnesses have since retired; and that the scene of the incident is a working Missouri state courthouse with all of its attendant security and other protective protocols);

i. Drafting and filing motions, and responding to Judge Eighmy's motions;

j. Trying the case in a four-day jury trial;

k. Post-trial motion practice;

31. I have reviewed and summed up my time records in this matter.

32. It is my professional opinion that all the time I am claiming for my work in this case was necessarily expended, and/or expended in good faith as I have viewed the needs of the representation at the time each act was performed.

33. It is my opinion that a rate of $550 per hour is reasonable in this particular matter due to the difficulty and novelty of the legal issues involved in this matter, and due to the skill required to perform the necessary legal services properly.

34. It is my professional opinion that the cumulative amount of time spent on the matter is fair and reasonable based on the particular circumstances of this particular litigation.

35. Based on my review of my records to date I have expended on this case some 499.7 hours, an amount still accruing because this matter is not yet fully resolved as to post-trial motions. I have not yet submitted time for any post-trial motions that Judge Eighmy may file. I have no idea if Judge Eighmy will appeal the verdict.

36. Accordingly, $262,342.50 is the "lodestar amount" for my fees in this case. I request that this amount be awarded as my reasonable attorney's fees under 42 U.S.C. 1988.

37. I also seek certain non-taxable costs and expenses as detailed in the motion and pursuant to §1988.

38. I also seek certain taxable costs as detailed in a separate Motion to Bill Taxable Costs.

39. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of December, 2024. 28 U.S.C. § 1746.

Hugh A. Eastwood

Rockett

| | | |
|---|---|---|
| 12/2/20 | 0.8 | 0.4 Confer Potential Client (PC) B. Rockett; 0.4 research issues as to judicial immunity |
| 12/3/20 | 1.3 | 0.9 Confer PC and review notes; 0.4 Confer B. Schock |
| 12/4/20 | 1.6 | 1.0 Zoom with PC; 0.6 research case law and facts of case |
| 12/5/24 | 1.2 | 0.9 Reseach underlying cases, conf B. Schock; 0.3 confer L. Weiss re: child procedures |
| 12/7/20 | 2.5 | 1.8 Confer client and B. Schock; 0.2 Confer B. Schock; 0.5 Confer K. Dubois and C. Kubacheck |
| 12/9/20 | 1.8 | 0.8 Review client papers; 1.0 Zoom with B. Rockett and children Kaden and B.R. and B. Schock |
| 12/10/20 | 0.2 | Confer B. Schock re: next steps |
| 12/11/20 | 1.8 | Research case law on judicial immunity and UCJEA; standing; potential causes of action |
| 12/12/20 | 1.1 | Rocket zoom re: claims |
| 12/15/20 | 0.9 | Draft and review proposed contracts with B. Schock; add squibs |
| 12/16/20 | 0.2 | Review signed 1983 contract; respond to B. Rockett by email re: County liability |
| 12/17/20 | 1.5 | Zoom with C. Kubitcheck and K. Dubois on judicial immunity cases law |
| 12/18/20 | 0.2 | Confer B. Schock re: Rockett claims |
| 12/20/20 | 0.1 | Confer B. Schock re: Rockett expert |
| 12/21/20 | 0.8 | Work on squibs |
| 12/22/20 | 0.1 | Confer B. Rockett re: malprac contract |
| 12/28/20 | 0.1 | Confer B. Rockett re: 1983 complaint and defendants |
| 12/28/20 | 0.1 | Confer B. Rockett re: preservation of evidence |
| 12/29/20 | 4.8 | Research and draft Complaint |
| 12/30/20 | 0.7 | Revise |
| 1/2/21 | 1.2 | Review edits to complaint; draft and send questions to client; review squibs |
| 1/5/21 | 0.5 | Work on Complaint revisions |
| 1/6/21 | 0.5 | Id.; confer client and B. Schock |
| 1/7/21 | 0.2 | Id. as to both |
| 1/13/21 | 1.8 | Id. |
| 1/14/21 | 0.5 | Confer B. Schock re: claims |
| 1/15/21 | 0.2 | Confer Hin, C. Concannon re: judicial insurance coverage |
| 1/16/21 | 0.4 | Confer B. Schock re: complaint edits; insurance coverage issues |
| 1/17/21 | 1.2 | Research case law and make further edits |
| 1/20/21 | 0.5 | Review B. Schock edits to draft complaint; confer B. Rockett re: Zoom |
| 1/22/21 | 1.2 | 0.2 Prep for Zoom 1.0 Zoom with B. Rockett and B. Schock re: Complaint |
| 1/23/21 | 0.7 | Research UCCJEA |
| 1/24/21 | 1.2 | Review Complaint |
| 1/25/21 | 0.8 | 0.2 Id.; 0.5 zoom with client; 0.1 confer B. Schock re: UCCJEA |
| 1/27/21 | 0.8 | Zoom with client and Brooklyn Rockett |
| 1/29/21 | 1.0 | Zoom with client and K. Rockett |
| 1/30/21 | 0.2 | Confer B. Schock re: writ |
| 2/3/21 | 1.4 | 1.0 Zoom with client; 0.4 review and revise Complaint |
| 2/4/21 | 0.8 | Revise and send to client for review |
| 2/5/21 | 0.8 | Review Supreme Court case; confer B. Schock; add due process claim |
| 2/9/21 | 2.4 | 1.8 Zoom with clients 0.6 Revise Complaint and confer B. Schock re: same |
| 2/11/21 | 0.8 | Zoom with B. Rockett and children; research WDMo admission |
| 2/22/21 | 0.1 | Confer client re: corrections |
| 2/23/21 | 0.3 | Confer client re: zoom; edit and revise facts of Complaint |
| 2/24/21 | 1.4 | 0.4 Revise Complaint 1.0 Zoom with client and B. Schock |
| 2/26/21 | 0.5 | Review Complaint; email B. Schock re: Rule 17 and DP issues |
| 2/28/21 | 0.2 | Confer B. Schock re: same |
| 3/11/21 | 0.1 | Confer re: filing and resolution of Missouri issues |
| 4/16/21 | 0.2 | Voicemails to each of D. Thompson and MO counsel |
| 4/30/21 | 0.1 | Email to B. Rockett |
| 5/5/21 | 0.4 | Confer B. Rockett; review Court Orders from MO and LA; confer B. Schock re: complaint and W.D.Mo. admission |
| 5/6/21 | 0.5 | Review draft complaint and identify factual holes; examine potential conflict of interest; draft waiver and proposed email to B, Rockett |
| 5/7/21 | 0.2 | Confer B. Rockett |
| 5/13/21 | 0.1 | Confer B. Schock and B. Rockett |
| 5/14/21 | 0.2 | Confer B. Rockett by phone |
| 5/16/21 | 0.2 | Confer B. Schock re: conflict |
| 5/18/21 | 0.2 | Confer B. Rockett |
| 5/20/21 | 0.8 | 0.2 Confer B. Schock re: issues in complaint 0.1 Confer B. Rockett by phone 0.5 Zoom with B. Rockett and children |
| 5/25/21 | 0.9 | 0.8 Review Complaint and review court filings in custody cases; 0.1 Confer B. Schock |
| 5/29/21 | 0.1 | Confer B. Schock re: adult nature of jail cells |
| 5/30/21 | 0.1 | Amend complaint; send to B. Schock |
| 6/4/21 | 0.2 | Review filing in anticipation of filing |
| 6/10/21 | 0.2 | Confer client re: officer liability |
| 6/12/21 | 0.2 | Redraft Complaint |
| 6/13/21 | 0.2 | Id.; confer B. Rockett |
| 6/16/21 | 1.2 | 0.3 File Complaint; confer clerk 0.5 Confer reporter at Daily Mail 0.3 Confer B. Rockett 0.1 Confer B. Schock |
| 6/23/21 | 0.1 | Confer B. Schock re: scheduling issues in case |
| 6/25/21 | 0.3 | Confer opposing counsel; confer client; file waiver of service |
| 6/29/21 | - | NO CHARGE 0.1 Confer Vice reporter |
| 7/1/21 | 0.2 | Review S. Goff fax (Louisiana counsel for K. Ballard); confer B. Schock |
| 7/2/21 | 0.3 | Draft and file motion to seal Exhibit 4; confer opposing counsel re: same |
| 7/7/21 | 0.6 | Draft and send response to S. Goff |
| 7/13/21 | 0.2 | Confer B. Rockett re: contempt motion in Louisiana state court |
| 7/18/21 | 0.2 | Review Rule 16 Order |
| 7/19/21 | 0.5 | Draft Protective Order; confer B. Schock opposing counsel re: Rule 16 and Rule 26 disclosures |
| 7/20/21 | 0.4 | Confer client re: Rule 26 disclosures and evidence/witnesses |
| 7/21/21 | 0.3 | Confer T. Kondro re: mediation; review neutrals |
| 7/22/21 | 0.1 | Confer B. Schock re: same |
| 7/23/21 | 0.3 | Confer T. Kondro and B. Schock re: mediation, potential mediator, and MAP Director |
| 7/26/21 | 0.4 | Id.; confer P. Dunne and M. Geigerman re: mediation; email MAP Director |
| 7/27/21 | 0.4 | Review MAP Director email; confer B. Rockett re: Rule 26 disclosures |

| | | |
|---|---|---|
| 4/10/22 | 3.2 | Id. |
| 4/11/22 | 3.1 | Id. and file |
| 4/12/22 | - | NO CHARGE 0.4 Confer client, B. Schock, amici re: typo mistake on p. 12 |
| 4/13/24 | - | 0.2 Id. with Circuit Clerk M. Gans |
| 4/14/22 | 1.2 | 1.2 Confer and review Amici briefing |
| 4/15/22 | 1.2 | Id. |
| 4/18/22 | 0.8 | Id.; confer amici counsel |
| 4/19/22 | 0.3 | Confer amici and B. Schock re: oral argument |
| 4/20/22 | 0.4 | 0.2 Review Missouri Bar article on rights on children in custody hearings re: Judge Eighmy; 0.2 Confer oral argument strategy |
| 4/21/22 | 0.1 | Id. |
| 4/22/22 | 0.4 | Confer amici; review Eighmy appellate opinion |
| 4/23/22 | 0.4 | Review new SCOTUS authority; confer amici; confer B. Schock |
| 5/2/22 | 1.1 | 0.2 Confer client re: oral argument; 0.1 Confer opposing counsel re: MAP Director update; 0.8 Preliminary review of Judge Eighmy reply brief |
| 5/3/22 | 0.9 | 0.1 Confer amici 0.8 Review brief and confer client and B. Schock |
| 5/4/22 | 0.1 | Email MAP Director |
| 5/5/22 | 0.2 | Review case law in Reply brief |
| 5/10/22 | 0.5 | Review new Mo. App. W.D. opinion on jurisdiction |
| 5/11/22 | 0.1 | Confer client re: paper briefs and temporary residence |
| 5/25/22 | 0.2 | Confer client and D.C. law professor re: Rockett in law review article, effect on legal authorities as to case |
| 6/3/22 | - | NO CHARGE 0.1 Confer NY Times reporter |
| 6/6/22 | 0.2 | Review Judge Eighmy TPR case |
| 7/7/22 | 0.3 | Confer amici re: oral argument |
| 7/11/22 | 0.2 | 0.1 Confer amici re: oral argument; 0.1 Confer opposing counsel re: MAP update |
| 7/12/22 | 0.3 | Id. |
| 7/13/22 | 0.2 | Id. |
| 7/14/22 | 0.2 | Review video; confer B. Rockett |
| 8/2/22 | 0.1 | Review M. Talent letter to clerk and confer Talent re: same |
| 8/29/22 | - | NO CHARGE 0.2 Confer IJ re: amicus process and strategy |
| 9/25/22 | 0.1 | Confer M. Talent and C. Harris re: MAP update |
| 9/26/22 | 0.1 | Confer MAP Director re: same |
| 9/30/22 | 0.1 | Review AG filings re: district court counsel of record |
| 11/1/22 | 0.1 | Confer amicus NACC re: oral argument |
| 11/28/22 | 0.1 | Confer opposing counsel re: MAP Director email |
| 11/29/22 | 0.1 | Send same to MAP Director |
| 12/20/22 | 0.1 | Confer re: oral argument dates in 2023; review 8th Cir calendar |
| 1/3/23 | 0.2 | 0.1 Review order on cancelling trial schedule; 0.1 Review 8th Circuit calendar |
| 1/4/23 | 0.1 | Review entry by new AAG |
| 1/5/23 | - | 0.3 Confer PC with Judge Eighmy bad experiencel; potential witness? |
| 1/17/23 | 0.6 | 0.1 Confer B. Schock and B. Rockett; 0.3 Confer A. Bidwell re: amicus strategy; 0.1 Confer B. Clark re: same; 0.1 Confer L. Bonds re: same |
| 1/18/23 | 0.2 | Work on mooting |
| 1/19/23 | 0.9 | 0.5 Confer B. Gifford re: mooting; 0.2 Confer IJ re: mooting; 0.1 VM to B. Clark re: NACC amicus briefing; 0.1 Confer B. Schock re: oral arg |
| 1/20/23 | 0.4 | 0.2 Review briefing packet and record; 0.1 Confer B. Clark re: NACC amicus; 0.1 Confer K. Dubois re: mooting |
| 1/23/23 | 0.5 | 0.2 Confer amici re: oral arg; 0.2 Confer mooting team re: oral arg; 0.1 Confer M. Talent et al at AG office re: MAP communcation |
| 1/24/23 | 0.4 | 0.2 Confer T. Clark at IJ; review IJ Motion; 0.1 Confer B. Schock re: mooting; 0.1 Confer D. Rankin re: panel |
| 1/25/23 | 0.2 | Confer mooting team re: moot |
| 1/26/23 | 0.3 | 0.1 Confer MAP Director; 02 Confer mooting counsel |
| 1/29/23 | 0.2 | Confer mooting team: record and moot |
| 2/1/23 | 0.8 | Prep for moot |
| 2/2/23 | 1.8 | 1.5 NPAP moot; 0.3 Follow up notes |
| 1/4/23 | 0.4 | 0.1 Confer A. Bidwell re: mooting; 0.3 Work on mooting notes |
| 2/5/23 | 0.2 | Confer B. Schock; work on briefing notes |
| 2/6/23 | 0.2 | Revise oral argument notes |
| 2/7/23 | 0.1 | Confer A. Bidwell and T. Clark re: mooting |
| 2/8/23 | 1.1 | A. Bidwell and T. Clark moot with B. Schock |
| 2/9/23 | 2.1 | 0.6 Prep for moot; 1.5 Moot with B. Gifford, D. Rankin and B. Schock |
| | | 0.5 Prep for moot; 1.1 Moot with K. Dubois, C. Kubitcheck, J. Ferber, L. Weiss; 0.5 Confer MO Rep. S. Unsicker re: UCCJEA; 0.3 Research S. Unsicker |
| 2/10/23 | 2.4 | UCCJEA materials |
| 2/12/23 | 1.2 | Prep for moot |
| 2/13/23 | 0.7 | 0.2 Confer client and B. Schock; 0.5 prep for moot |
| 2/14/23 | 1.2 | 1.2 Prep for moot |
| 2/15/23 | 1.8 | 3.5 Drive to KC; 2.1 Prep for oral arg (bill half time for drive, prep was during drive) |
| 2/16/23 | 4.9 | 0.5 Prep for oral arg; 1.3 Attend oral arg; 1.3 Confer client; 3.5 Drive back to St. Louis (bill half time) |
| 2/22/23 | 0.1 | Confer B. Rockett re: oral argument |
| 2/23/23 | 0.1 | Id. |
| 2/24/23 | 0.3 | Review new 4th Cir case on minors' conduct and criminalization; confer B. Schock re: same |
| 2/26/23 | 0.1 | Confer B. Schock re: same |
| 4/1/23 | 0.1 | Confer opposing counsel and MAP Director re: status update |
| 5/23/23 | 0.4 | 0.3 Confer Angela Smith re: Judge Eighmy conflict; 0.1 Confer counsel re: MAP update |
| 5/24/23 | 0.2 | Confer B. Schock re: Me Too evidence; 0.1 Confer opposing cousnel re: MAP update |
| 5/25/23 | 0.1 | Update MAP Director |
| 6/22/23 | 0.9 | 0.7 Review Eighth Circuit Opinion and Order; update client and co-counsel and amici; 0.2 Confer Mo. Lawyers Weekly reporter |
| 6/23/23 | 0.1 | Review district court entries; confer B. Schock re: potential settlement demand and discovery scheduling concerns |
| 6/26/23 | - | NO CHARGE 0.1 Confer St. Louis Record re: request |
| 6/29/23 | - | NO CHARGE 0.1 Confer Branson reporter |
| 7/15/23 | 0.1 | Confer B. Rockett re: mandate |
| 7/17/23 | - | NO CHARGE 0.1 Review district court filing of mandate |
| 7/18/23 | 0.1 | Review Order on Scheduling |
| 7/29/23 | 0.5 | Draft Joint Proposed Scheduling Plan |
| 8/16/23 | 0.1 | Confer AAG E. Gusdorf re: VM and email concerning proposed Scheduling Order |
| 8/17/23 | 0.4 | 0.1 VM and email to E. Gusdorf re: same; 0.3 Confer C. Hoell |
| 8/18/23 | 0.7 | 0.2 Confer AAG E. Gusdorf; 0.2 Revise and file proposed Scheduling Order; 0.3 Confer B. Rockett |
| 8/22/23 | - | NO CHARGE 0.1 Review amended Scheduling Order as approved by the Court |

| | | |
|---|---|---|
| 9/18/23 | 0.5 | 0.1 Confer MAP Director; 0.2 Confer M. Talent; 0.1 Email E. Gusdorf; 0.1 Confer client |
| 9/19/23 | 0.3 | 0.2 Confer E. Gusdorf re: scheduling mediation; 0.1 Confer mediator P. Dunne; NO CHARGE 0.1 Review docket entries as to withdrawals and entries |
| 9/20/23 | 0.6 | 0.1 File mediation designation with the Court; 0.1 Confer mediator P. Dunne; 0.1 Confer B. Rockett; 0.3 Update contract for K. Rockett when he turns 18 |
| 9/21/23 | 0.1 | Confer B. Schock re: mediation |
| 9/24/23 | 1.3 | 1.2 Work on written discovery; 0.1 Confer C. Hoell re: same |
| 9/25/23 | 0.1 | Confer C. Hoell re: written discovery on Eighmy |
| 9/27/23 | 0.6 | 0.2 Edit written discovery; 0.1 Research substitution of Kadan Rockett; 0.2 Confer C. Hoell; 0.1 Confer B. and K. Rockett re: contract and discovery |
| 9/28/23 | 0.1 | 0.1 Confer B. Rockett and K. Rockett re: CMO and contract and amendment |
| 10/1/23 | 0.1 | Confer C. Hoell re: lack of Answer |
| 10/8/23 | 0.2 | 0.2 Review K. Rockett contract and confer clients |
| 10/9/23 | 0.9 | 0.8 Edit amended pleading; 0.1 Confer clients |
| 10/10/23 | 0.4 | 0.2 Finalize amending pleading; 0.1 Email opposing counsel re: amendment, written discovery, and depositions; 0.1 Draft and file Certificate of Service |
| 10/13/23 | 0.2 | 0.1 Review AAG Gusdorf response; 0.5 Confer B. Rockett; 0.2 Review and file amended pleading motion and docs |
| 10/16/23 | 0.1 | Review docket entry and file amended pleading |
| 10/27/23 | 0.2 | Confer E. Gusdorf re: discovery, mediation, FAC response |
| 10/29/23 | 0.1 | Confer C. Hoell re: same; respond E. Gusdorf |
| 10/30/23 | 0.4 | 0.1 Review Eighmy motion; 0.2 Confer counsel in 4th Cir Gibson case; 0.1 Confer C. Hoell re: discovery and entering on case |
| 10/31/23 | 0.8 | 0.2 Confer IJ counsel re: Gibson 4th Cir. case and transcript; confer C. Hoell re: same; 0.1 Draft discovery status report; 0.1 Confer paralegal re: same; 0.2 Confer clients; 0.1 Review order on responsive pleadings; 0.1 Confer client re: mediation and depositions |
| 11/1/23 | 0.2 | 0.1 Confer AG office; 0.1 Amend and file discovery report |
| 11/10/23 | 0.2 | 0.1 Review scheduling order and confer C. Hoell re: same; 0.1 Confer C. Hoell re: expert |
| 11/29/23 | 0.1 | Exchange substantive VM re: staffing, discovery and status update with E. Gusdorf at MO AG office |
| 11/30/23 | 0.7 | 0.2 Confer E. Gusdorf re: same; 0.3 Confer client re: same; 0.1 Update P. Dunne re: mediation by email; 0.1 Confer C. Hoell re: same |
| 12/1/23 | 0.1 | Confer client re: depo scheduling and related issues |
| 12/4/23 | 0.1 | Confer C. Hoell re: draft email to AAG |
| 12/5/23 | 0.1 | 0.1 Email J. Seig re: discovery and answer |
| 12/7/23 | - | NO CHARGE Update amici re: MLW |
| 12/8/23 | 0.9 | 0.5 Review Eighmy discovery responses; 0.4 Confer C. Hoell re: same |
| 12/10/23 | 0.2 | Research, draft and send discovery response to J. Seig |
| 12/11/23 | 0.7 | 0.2 Confer J. Sieg; 0.8 Work on mediation paper; 0.1 Confer B. Schock re: same; 0.3 Confer C. Hoell re: same; 0.1 Confer clients |
| 12/12/23 | 0.6 | 0.2 Revise mediator paper; 0.1 Confer P. Dunne; 0.2 Review B. Rockett email comments and respond same; 0.1 Draft C. Hoell Pro Hac application |
| 12/13/23 | 1.5 | 1.2 Confer client re: discovery, mediation, evidentiary issues; and case strategy going forward; 0.1 Confer B. Schock re: same: 0.2 Confer C. Hoell re: same; NO CHARGE 0.6 Confer MLW reporter re: Rockett case |
| 12/14/23 | 3.7 | 2.6 Attend mediation; confer P. Dunne; 0.4 Confer C. Hoell re: discovery and strategy; 0.5 Confer AAG J. Seig re: discovery objections and depos; 0.2 Confer B. Rockett re: same |
| 12/18/23 | 0.3 | 0.2 Confer B, Rockett re: depo dates and issues; 0.1 Confer C. Hoell re: same and review scheduling |
| 12/20/23 | 0.1 | 0.1 Confer C. Hoell re: same |
| 12/21/23 | 0.5 | 0.1 Confer J. Sieg re: depos; 0.1 Confer B. Rockett re: same; 0.2 Confer C. Hoell by phone re: discovery; 0.1 Confer C. Hoell by substantive email re: same |
| 12/22/23 | 0.1 | Confer B. Rockett re: depositions |
| 12/23/23 | 0.7 | 0.6 Conference client and C. Hoell re: depositions; 0.1 Confer C. Hoell re: same |
| 12/26/23 | 0.4 | 0.2 Draft email to J. Sieg and confer C. Hoell re: same; 0.1 Confer B. Rockett re: deposition strategy; 0.1 File pro hac motion for C. Hoell with Court |
| 12/27/23 | 0.1 | Email J. Sieg; NO CHARGE 0.1 Review Clerk remark on C. Hoell pro hac motion |
| 12/28/23 | 0.1 | Review J. Sieg response and reply; confer same with C. Hoell |
| 12/29/23 | 0.6 | 0.1 Confer B. Rockett re: depo dates; 0.2 Confer C. Hoell re: depo strategy; 0.1 Follow up J. Sieg; 0.1 Confer P. Dunne assistant re: mediation filing; 0.1 VM to court re: depo room |
| 1/2/24 | 0.1 | Voicemail from court re: deposition location |
| 1/5/24 | 0.2 | Confer C. Hoell re: depositions, location, strategy |
| 1/15/24 | 0.1 | Id, |
| 1/20/24 | 0.4 | 0.3 Review Eighmy written discovery; 0.1 Send same to clients |
| 1/21/24 | 0.1 | Confer clients re: scheduling |
| 1/24/24 | 2.7 | 1.9 Confer B. Rockett re: discovery; 0.2 Confer counsel for Judicial Commission; 0.5 Confer C. Hoell re: same; 0.1 Draft and send (for AM) email to J. Sieg |
| 1/25/24 | 0.5 | 0.2 Confer C. Hoell re: discovery strategy; 0.2 Draft and send letter to counsel for Judicial Commission; 0.1 Confer J. Sieg re: same; NO CHARGE 0.1 Confer court reporter J. Rich re: depos |
| 1/30/24 | 0.3 | 0.1 Confer C. Hoell re: strategy; 0.1 Confer J. Sieg re: draft MAP director email; 0.1 Confer clients re: written discovery issues |
| 1/31/24 | 0.2 | 0.1 Update MAP Director; 0.1 Confer C. Hoell re: interrogatory objections and depositions |
| 2/1/24 | 0.1 | Confer C. Hoell re: Commission subpoena and hotel conference room |
| 2/4/24 | 0.4 | 0.1 Review depo notices; 0.1 Confer C. Hoell re: depo planning; 0.2 Confer B. Rockett by email |
| 2/5/24 | 0.2 | Review AAG email re: Commission subpoena |
| 2/6/24 | 0.1 | Supplement discocery responses |
| 2/7/24 | 0.3 | Confer C. Hoell re: discovery and depo issues |
| 2/8/24 | 0.3 | 0.1 Confer opposing counsel; 0.2 Organize depo |
| 2/9/24 | 1.2 | Work on written discovery responses |
| 2/10/24 | 1.5 | Id. |
| 2/11/24 | 0.1 | Confer C. Hoell re: same |
| 2/12/24 | 0.6 | 04 Review discovery responses; 0.2 Confer C. Hoell re: court reporter and hotel |
| 2/13/24 | 0.5 | 0.1 Review Commission objection to subpoena; 0.1 Confer C. Hoell re: same; 0.2 Confer C. Hoell re: court reporter and hotel |
| 2/14/24 | 0.1 | Confer C. Hoell re: court reporter |
| 2/16/24 | 0.1 | Final edits to written discoveyr responses |
| 2/17/24 | 5.0 | 0.2 Confer B. Rockett re: discovery and depos; NO CHARGE 0.1 Confer C. Hoell by text re: scheduling; 0.2 Revise Rule 26 disclosures; 1.8 Revise written discover responses; 2.8 Depo prep |
| 2/18/24 | 2.6 | 0.8 Confer C. Hoell re: depo prep and strategy; 1.8 Depo prep and exhibit review |
| 2/19/24 | 3.1 | 0.1 Confer B. Rockett by email; 0.8 Conference Rockett clients with C. Hoell; 0.8 Finalize written discovery responses with C. Hoell; 1.0 Depo prep with B. Rockett in person and C. Hoell; 0.4 Confer C. Hoel re: strategy |
| 2/20/24 | 9.1 | 6.8 Take depo of Judge Eighmy; 0.8 Confer C. Hoel re: dicovery and SJ issues; 1.5 Prep kids |
| 2/21/24 | 8.9 | 6.8 Attend depo of three Rockett plaintiffs (defend Bart); 1.5 half time for drive from Springfield to St. Louis, 0.8 of which was active discovery and trial strategy discussion with C. Hoell; 0.5 Confer Rockett plaintiffs re: depos and next steps re: discovery; 0.1 Email B. Rockett re: same |
| 2/22/24 | 0.5 | 0.1 Confer B. Rockett re: discovery next steps; 0.4 Confer K. DuBois re: liability issues given involvement of D. Ray |
| 2/27/24 | 0.1 | Confer C. Hoell re: edits to Commission subpoena and attempt to resolve |
| 3/4/24 | 0.9 | 0.2 Confer C. Hoell re: discovery; 0.7 Review existing discovery and draft 2nd discovery, subpoenas, discovery letter to opposing counsel |
| 3/6/24 | 0.2 | Revise and send discovery to C. Hoell; research other personnel |
| 3/7/24 | 1.2 | 1.2 Zoom with mom witness K. Ballard |
| 3/8/24 | 0.5 | Revise draft discovery |

| | | |
|---|---|---|
| 3/10/24 | 0.4 | 0.2 Confer C. Hoell re: discovery strategy; 0.1 Confer C. Hoell re: Lexitas bill; 0.1 Confer Court Reporter Salowich re: same |
| 3/11/24 | 0.2 | 0.2 Review other transcripts and confer C. Hoell re: discovery |
| 3/13/24 | 0.3 | Revise and send discovery email to opposing counsel |
| 3/14/24 | 0.2 | 0.1 Review J. Sieg email; 0.1 Confer C. Hoell re: same |
| 3/17/24 | 0.5 | Confer C. Hoell re: discovery issues; 0.2 Review and revised FRCP subpoena discovery issues as to Courthouse; NO CHARGE 0.1 Email T. Relys re: same |
| 3/18/24 | - | NO CHARGE 0.1 Confer C. Hoell and opposing counsel re: scheduling call |
| 3/19/24 | 0.9 | 0.5 Conference with J. Sieg and C. Hoell re: discovery; 0.3 Confer C. Hoell re: same; 0.1 Email client re: same |
| 3/20/24 | 0.3 | 0.2 Draft depo scheduling and discovery letter to opposing counsel; 0.1 Redraft Circuit Clerk document subpoena; NO CHARGE 0.2 Draft letter to Lexitas re: |
| 3/25/24 | 0.2 | Review J. Sieg email re: discovery issues |
| 3/27/24 | 0.1 | Respond J. Sieg |
| 3/28/24 | 0.3 | Review J. Sieg reply and preliminary review of case law |
| | | |
| 4/1/24 | 1.1 | 0.3 Confer C. Hoell re: discovery; 0.1 Confer same re: depositions costs; 0.7 Research and draft response to J. Sieg discovery email; NO CHARGE 0.1 Email clients |
| 4/2/24 | 0.4 | 0.3 Review discovery and confer B. Rockett; 0.1 Confer C. Hoell re: same |
| 4/3/24 | 0.3 | 0.3 Draft and send discovert meet-and-confer response to J. Sieg |
| 4/3/24 | 0.3 | 0.1 Email clients; 0.1 Confer C. Hoell; 0.1 Confer J. Sieg |
| 4/4/24 | 0.2 | Confer C. Hoell re: discovery dispute and review email to B. and K. Rockett |
| 4/5/24 | 1.5 | 0.9 Confer J. Sieg and C. Hoell re: discovery dispute; 0.4 Confer C. Hoell re: same; 0.1 Review B. Rockett email re: same; 0.1 Confer C. Hoell re: next steps |
| 4/7/24 | 0.1 | Confer C. Hoell re: discovery on damages and pleading |
| 4/8/24 | 1.2 | 0.1 Confer B. Rockett re: discovery matters and agent Amy Luker; 0.7 Call with B. Rockett re: same; 0.4 Confer C. Hoell re: depos and discovery strategy |
| 4/9/24 | 1.3 | 0.7 Draft letter to J. Sieg; 0.5 Review supplemental production; 0.1 Confer C. Hoell |
| 4/10/24 | 0.5 | 0.3 Finalize and send discovery dispute letter; 0.2 Review discovery requests and confer C. Hoell |
| 4/11/24 | 0.5 | 0.1 Confer J. Sieg re: depo dates; 0.2 Review and compare Eighmy Second Rogs and RFP responses; 0.1 Confer B. Rockett; 0.1 Confer K. Rockett |
| 4/12/24 | 0.2 | 0.1 Confer K. Rockett re: Kami depo; 0.1 Confer J. Sieg re: discovery dispute and depos |
| 4/15/24 | 0.3 | 0.1 Confer A. Bidwell re: mooting; 0.3 Work on mooting notes |
| 4/16/24 | 0.6 | 0.2 Work on scheduling depos and confer counsel re: same; 0.2 Confer C. Hoell re: case strategy; 0.2 Confer clients re: same; 0.1 Email to Judicial Commission counsel re: subpoena |
| 4/17/24 | 0.3 | Confer B. Rockett, K. Ballard, J. Sieg re: depos |
| 4/18/24 | 0.1 | Id. |
| 4/19/24 | 0.1 | Confer T. Duggan re: subpoena to Commission |
| 4/20/24 | 0.1 | Review C. Hoell email to B. Rockett re: discovery |
| 4/21/24 | 1.1 | 0.8 Draft motion to compel; 0.3 Confer C. Hoell re: duty to confer |
| 4/22/24 | 0.1 | Confer J. Sieg re: Luker depo date |
| 4/23/24 | 0.4 | 0.2 Confer counsel re: damages for reputation; 0.1 Email B. and K. Rockett re: same; 0.2 Review J. Sieg discovery responses and crosscheck production and objections |
| 4/24/24 | - | NO CHARGE 0.1 Review client emails with C. Hoel l re: discovery |
| 4/25/24 | 0.2 | Confer C. Hoell re: outstanding discovery issues |
| 4/26/24 | 0.4 | Review draft motion to compel Judicial Commission records |
| 4/30/24 | 0.2 | Draft and file joint discovery report out of time with motion for leave; confer opposing counsel re: same |
| 5/1/24 | 0.2 | Deal with inadvertent disclosure of privilege Eighmy emails by Circuit Clerk with opposing counsel |
| 5/2/24 | 1.5 | Finalize depo outlines and exhibits |
| 5/3/24 | 14.0 | 0.1 Confer J. Sieg by phone re: depos; 5.6 Half time travel to and from Forysth MO subtracting substantive client phone calls and depo prep with C. Hoell; 5.8 Depos of D. Rea and C. Baker, photograph Juvenile Office; 1.1 Confer clients with C. Hoell re: depos; 0.3 Confer C. Howlett re: procedure; 0.1 Confer J. Sieg by phone re: logisitics; 0.1 Confer J. Sieg re: discovery issues attempt to resolve; 1.0 Depo prep with C. Hoell |
| 5/4/24 | 1.3 | 0.3 Review California law; 0.1 Confer clients re: same: 0.6 Review new discovery production by clients; 0.2 Research and draft Lexitas response |
| 5/5/24 | 0.3 | 0.1 Confer J. Sieg re: depos; 0.1 Confer C. Hoell re: discovery; 0.1 Email Lexitas re: bill |
| 5/6/24 | 0.4 | 0.3 Confer A. Luker re: deposition; 0.1 Confer R. Kurtz re: same; NO CHARGE 0.1 Review docket order; NO CHARGE 0.1 Review Lexitas billing dispute |
| 5/7/24 | 0.3 | 0.1 Confer R. Kurtz re: deposition; 0.1 Confer J. Sieg re: same; 0.1 Confer C. Hoell re: discovery email; NO CHARGE 0.1 Review issue re: depo notice |
| 5/8/24 | 1.4 | 0.1 Confer R. Kurtz re: deposition; 1.2 K. Attend K. Ballard deposition; 0.1 Confer C. Hoell re: discovery |
| 5/9/24 | 2.6 | 0.1 Confer R. Kurtz re: deposition; 0.7 Attend R. Kurtz depo and confer J. Sieg afterward; 0.5 Draft RFP and COS; 0.8 Review production; 0.4 Draft timeine; 0.2 Confer B. Rockett; 0.1 Confer C. Hoell re: edits; 0.1 Confer C. Hoell re: discovery |
| 5/10/24 | 4.5 | 0.1 Confer N. Swanson re: subpoena service; 0.7 Confer K. Dubois re: Dr. Baker; 0.1 Review recoridings; 2.2 Dr. Baker depo; 0.1 Review and file motion to amend Scheduling and Trial Order; 0.5 Review Judicial Commssion opposition brief; 0.1 Draft subpoena; 0.7 Confer C. Hoell re: discovery issues |
| 5/11/24 | 0.5 | 0.5 Research Daubert motion and confer K. Dubois re: same |
| 5/15/24 | 2.3 | 1.8 Research and draft Reply to Judicial Commission; 0.2 Review Daubert notes and confer C. Hoell re: same; 0.1 Confer C. Hoell re: photos of children; 0.1 Confer C. Hoell re: damages expert; 0.1 Confer C. Hoell re: Sheriff prodution and files |
| 5/16/24 | 0.6 | 0.2 Edit and file Reply brief with C. Hoell edits; 0.1 Confer C. Hoell re: Dr. Baker Daubert; 0.3 Research interlocutory appeal after SJ issues |
| 5/17/24 | 0.8 | 0.5 Confer Rockett discovery and Daubert with C. Hoell; 0.1 Email J. Sieg; 0.1 Review K. Ballard depo transcript; 0.1 Email Circuit Clerk re: recordings |
| 5/19/24 | 0.5 | 0.1 Review J. Sieg email re: Dr Baker Daubert; 0.4 Research same and confer C. Hoell |
| 5/20/24 | 2.4 | 0.3 Confer C. Hoell re: Daubert and discovery issues; 0.4 Id.; 0.4 Id.; 1.2 Research Daubert; 0.1 Confer J. Sieg re: A. Luker and May 28 depo scheduling; NO CHARGE 0.1 Confer court reporter re: same |
| 5/21/24 | 2.2 | 1.2 Review Rea and Baker part 1 depo transcripts; 0.8 Research and work on Daubert notes for C. Hoell; 0.2 Confer K. Dubois re: JO requirements in MO |
| 5/22/24 | 1.4 | 1.2 Research Daubert issue and Missouiri juvenile standards further; 0.1 Confer C. Hoell by email; 0.1 Follow up Kadan Rockett |
| 5/23/24 | 0.7 | 0.1 Confer counsel re: depos; 0.1 Draft and file depo notices; 0.4 Confer C. Hoell re: Daubert and depo prep; 0.1 Follow up email to Kadan and to Circuit Clerk |
| 5/24/24 | 1.1 | 0.3 Confer C. Hoell re: depos; 0.8 Review Dr Baker and D. Rea transcripts |
| 5/25/24 | 0.3 | 0.3 Depo prep to assist C. Hoell |
| 5/27/24 | 0.6 | 0.2 Confer C. Hoell re: depos; 0.2 Id.; 0.2 Review discovery |
| 5/28/24 | 4.0 | 3.2 Attend depos; 0.1 Confer C. Hoell re: prep; 0.5 Confer client and C. Hoell re: discovery; 0.1 Review client email; 0.1 Review Circuit Clerk and phone subpoena records |
| 5/31/24 | 3.0 | 0.1 Review photos, select certain ones and send to opposing counsel; 2.9 Work on Daubert motion, file same |
| 6/2/24 | - | NO CHARGE 0.2 Correct Daubert motion; send redline to opposing counsel |
| 6/3/24 | 0.3 | NO CHARGE 0.2 Draft and file motion to correct Daubert document; 0.3 Confer C. Hoell re: depo comparisons for SJ |
| 6/6/24 | 0.8 | 0.1 Confer C. Hoell; 0.4 Scour discovery and designate business records for use at trial; 0.3 Confer B. Rockett re: exhibits and trial issues |
| 6/7/24 | 0.1 | 0.1 Confer J. Sieg re: business records designations; NO CHARGE 0.1 File Certificate of Service re: same |
| 6/12/24 | 0.2 | 0.1 Review notice case law as to federal and state law, Missouri Juvenile Justice Guidelines; forward same to C. Hoell; 0.1 Review Eighmy draft motion for additional tie, confer C. Hoell and reply J. Sieg |
| 6/13/24 | - | NO CHARGE 0.1 Review docket entry on motion for Daubert response; NO CHARGE 0.2 Work on Lexitas letter re: depo costs |
| 6/15/24 | 0.8 | 0.8 Review depo summaries and identify D. Rea issues v. other witnesses; NO CHARGE 0.8 Work on Lexitas letter re: depo costs |
| 6/16/24 | 0.1 | Confer C. Hoell re: foundation for Judicial Guidelines |
| 6/17/24 | 0.2 | Research state law and guidelines as to SJ and immunity |
| 6/18/24 | 0.2 | Confer C. Hoell; 0.2 Review opinion on Commission subpoena |
| 6/19/24 | 0.2 | Confer C. Hoell re: SJ strategy and intern research |

| | | |
|---|---|---|
| 6/20/24 | 0.1 | Review C. Hoell update; NO CHARGE 0.1 Review Lexitas billing issue |
| 6/26/24 | 0.2 | Review Local Rules and confer J. Sieg re: sealing documents at SJ |
| 6/28/24 | 0.4 | Preliminary review of SJ motions; send to clients for review |
| 6/29/24 | 0.1 | Review T. Duggan letter re: Order on Motion to Compel re: Judicial Commission statements |
| 7/2/24 | 0.2 | Confer C. Hoell re: appellate brief strategy and analysis |
| 7/5/24 | 0.1 | Confer C. Hoell re: T. Duggan letter |
| 7/8/24 | 3.6 | 0.1 Confer T. Duggan re: Eighmy statement; 0.3 Confer C. Hoell re: SJ; 3.2 Work on research and briefing as to summary judgment opp |
| 7/9/24 | 3.3 | 0.1 Follow up T. Duggan; 0.4 Confer C. Hoell re: briefing; 2.8 Work on briefing |
| 7/11/24 | 1.1 | 0.3 Confer C. Hoell; 0.8 Work on SJ Opposing Suggestions |
| 7/12/24 | - | NO CHARGE 0.2 Note C. Hoell edits to same |
| 7/14/24 | 2.2 | Work on SJ Opposing Suggestions |
| 7/15/24 | 0.7 | 0.2 Confer J. Sieg re: exhibit and pages; 0.2 Draft and file motion; 0.5 Update SJ Opposing Suggestions |
| 7/16/24 | 1.6 | 0.3 Confer C. Hoell re: SJ Opposing Suggestions; 1.2 Work on same; 0.1 Confer T. Duggan re: Judicial Commission records |
| 7/17/24 | 2.4 | Revisions to Opposing Suggestions |
| 7/18/24 | 0.7 | Final review; confer client re: same |
| 7/19/24 | 2.0 | 1.4 Work on Daubert Reply and research for same; 0.2 Review B. Rockett notes; 0.2 Confer C. Hoell re: same; 0.2 Final review and file SJ Opposing Suggestions |
| 7/22/24 | 1.4 | Work on Daubert Reply |
| 7/23/24 | 0.9 | 0.8 Work on Daubert Reply; 0.1 Confer C. Hoell re: same and response to J. Sieg re: defendant's SJ Exhibit undisclosed in discovery |
| 7/24/24 | | |
| 7/25/24 | 0.5 | 0.3 Revise Daubert Reply; 0.1 Confer C. Hoell; 0.1 Confer Lexitas |
| 8/2/24 | 0.4 | Preliminary review of Judge Eighmy Reply brief |
| 8/5/24 | 1.4 | 0.5 Draft Motion to Exclude Replies; 0.5 Confer C. Hoell re: strategy re: trial; 0.1 Email clients re: Limines; 0.1 Email intern re: Limine and Pre-Trial work; 0.2 Review applicable new Missouri cases |
| 8/6/24 | 0.3 | 0.2 Confer C. Hoell re: limine issues; 0.1 Revise motion to exclude |
| 8/7/24 | 0.3 | 0.1 File motion to exclude; 0.2 Confer clients re: Limine and Pre trial |
| 8/9/24 | 0.1 | Confer C. Hoell re: jury instruction and limine research |
| 8/11/24 | 0.1 | Confer intern M. Pimm re: same |
| 8/12/24 | 0.1 | Id. |
| 8/14/24 | 0.1 | Id. re: jury instrucioins |
| 8/19/24 | 0.2 | 0.1 Confer Esquire re: depo costs; 0.1 Confer C. Hoell re: Lexitas depo costs |
| 8/26/24 | 0.1 | Confer C. Hoell re: case status and costs |
| 8/28/24 | 0.3 | 0.1 Confer J. Sieg re: withdrawal; 0.2 Confer C. Hoell re: holding trial date and trial strategy |
| 8/29/24 | - | NO CHARGE 0.1 Review substitutioon of defense counsel by AG office |
| 9/12/24 | 0.1 | Confer C. Hoel re: trial prep and scheduling |
| 9/23/24 | 0.6 | Draft motions re: second appeal for trial court and 8th Circuit |
| 9/24/24 | 0.1 | Confer C. Hoell re: same |
| 9/25/24 | 0.1 | Id. |
| 9/27/24 | 0.2 | Confer C. Hoell: second interlocutory appeal and pre-trial matters |
| 9/29/24 | 0.2 | Revise and update motions |
| 10/3/24 | 0.4 | 0.2 Review Daubert Order; 0.1 Confer C. Hoell re: same; 0.1 Email clients re: same and strategy |
| 10/4/24 | 0.3 | Review C. Hoell edits to appellate motion and review Patridge case |
| 10/9/24 | 0.3 | 0.1 Confer B. Schock as to trial and second interlocutory appeal ; 0.2 Confer C. Hoell as to same |
| 10/27/24 | 0.1 | Confer client and C. Hoell re: upcoming Pretrial filings and deadlines |
| 10/28/24 | 0.3 | 0.1 Confer C. Hoell re: pretrial; 0.2 Research limine re: immunity and good faith |
| 10/29/24 | 2.2 | 1.2 Review Pretrial requirements and work on Pretrial (exhibits, witnesses, limines, jury instruction); 1.0 Confer C. Hoell re: same |
| 10/30/24 | 1.5 | 1.2 Work on Pretrial; 0.3 Confer C. Hoell |
| 10/31/24 | 1.0 | 0.1 Confer C. Hoell; 0.9 Work on Pretrial |
| 11/1/24 | 1.2 | Work on Pretrial filing docs |
| 11/2/24 | 2.1 | Id. |
| 11/4/24 | 0.8 | 0.5 Id.; 0.2 Confer C. Hoell; 0.1 Email R. Kurtz and K. Ballard re: trial |
| 11/5/24 | 0.1 | Confer C. Hoell re: trial prep |
| 11/6/24 | 0.1 | Review C. Hoell re: K. Ballard testimony |
| 11/7/24 | 1.1 | 0.2 Confer K. Ballard; 0.7 Confer C. Hoell re: same; 0.2 Edit draft joint pretrial order |
| 11/8/24 | 1.3 | 0.5 Confer C. Hoell re: trial prep; 0.1 Research hearsay issue as to courthouse employees; 0.7 Work on pretrial (Statement of Case, Joint Memo, Limines) |
| 11/9/24 | 0.6 | Revise Pretrial filings |
| 11/10/24 | 0.4 | 0.3 Edits to pretrial filings; 0.1 Revise and file new authority memo to the Court |
| 11/11/24 | 3.2 | 0.6 Confer C. Hoell re: pretrial; 0.2 Id.; 0.3 Id.; 2.1 Revise and file pretrial |
| 11/12/24 | 1.0 | 0.4 Confer C. Hoell re: pretrial; 0.3 Confer A. Morello re: same; 0.2 Draft and file motion for leave; 0.1 Confer D. Rea |
| 11/13/24 | 4.1 | 0.5 Review Summary Judgment Order; 1.2 Review Defendant's pretrial; 0.4 Confer C. Hoell re: same; 0.2 Id.; 1.8 Work on responses to same |
| 11/14/24 | 4.0 | 0.2 Confer C. Hoell; 0.2 Id.; 0.2 Id.; 0.1 Id.; 0.4 Confer Bart Rockett; 0.8 Review and file Opposition briefing to Defendants' Pretrial; 2.1 Revise and file Jury Instructions |
| 11/15/24 | 2.0 | 0.1 Confer IJ re: Summary Judgment order; 0.9 Conference Bart Rockett; 0.5 Confer C. Hoell; 0.3 Id.; 0.2 Id.; |
| 11/16/24 | 0.1 | Confer K. Ballard re: trial |
| 11/18/24 | 0.4 | 0.1 Confer D. Rea; 0.2 Confer C. Hoell re: pretrial and SJ supplemental order; 0.1 Email opposing counsel re: pretrial, and meet and confer requirement |
| 11/19/24 | 1.0 | 0.4 Confer C. Hoell re: pretrial; 0.4 Confer A. Morello re: same; 0.2 Draft witness schedule |
| 11/20/24 | 0.8 | 0.1 Confer A. Morello; 0.4 Finalize and file Plaintiffs' proposed Joint Pretrial; 0.2 Confer B. Schock re: damages; 0.6 Confer C. Hoell re: strategy; 0.2 Id.; 0.1 Confer IJ re: instructional issues as to FA Retal claim; 0.2 Confer AG paralegal C. Ellis re: exhibits |
| 11/21/24 | 6.8 | 3.0 Drive to Springfield (2.2 Confer C. Hoell re: Rockett case strategy and issues); 1.8 Attending hearing; 0.3 Confer opposing counsel; 3.0 Drive back from Springfield (1.0 Confer client; 1.1 Confer C. Hoell re: trial strategy); 0.4 Research Juvenile Guidelines exhibit per Judge order and confer C. Hoell re: same; 0.1 Confer opposing counsel re: text messages; 0.1 Confer C. Hoell re: Special Rogs; 0.2 Confer C. Hoell re: next step as to pretrial filings and trial work |
| 11/22/24 | 1.5 | 0.1 Confer K. Ballard by email; 0.2 Id. by phone; 0.5 Confer Bart Rockett; 1.2 Confer C. Hoell re: trial prep and particular evidentiary/witness issues |
| 11/23/24 | 0.3 | 0.1 Confer Bart Rockett re: LA Superior Court; 0.2 Confer C. Hoell re: trial prep, exhibit objections; |
| 11/25/24 | 1.5 | 0.1 Confer C. Hoell by email re: trial prep; 0.2 Draft Supplemental Objection; 0.1 Review C. Hoell edits to same and file; 0.7 Confer C. Hoell by phone re: trial; 0.1 Review D. Rea email and exhibit, respond to same; 0.2 Confer clients re:: trial prep and exhibits; 0.1 Confer A. Morello re: jury instructions and social media exhibits |
| 11/26/24 | 2.8 | 0.6 Confer C. Hoell re: trial prep; 0.8 Id.; 0.6 Confer C. Hoell and A. Merello re: instructions, etc.; 0.3 Prepare subpoenas and confer witnesses; 0.1 Review D. Rea errata; 0.2 Confer Bart Rockett re: California court file; 0.2 Finalize joint instructions, stipulated facts and statement of case and file same |
| 11/27/24 | 1.4 | 0.5 Review depostion transcripts as to seizure; 0.1 Confer B. Rockett re: scheduling and prep; 0.8 Research and confer C. Hoell re: presenting evidence and jury instruction elements |
| 11/29/24 | 0.8 | Work on Opening Stateemnt |
| 11/30/24 | 0.3 | 0.2 Confer C. Hoell re: prep; 0.1 Review exhibits and how to admit |

| | | |
|---|---|---|
| 12/1/24 | 0.9 | 0.8 Confer Bart Rockett re: trial prep; 0.1 Review C. Hoell email re: damages evidence strategy |
| 12/2/24 | 2.5 | 0.3 Review Orders on motions in limine and objections; 0.6 Confer C. Hoell re: trial prep and strategy; 0.7 Confer K. Ballard re: trial prep; 0.1 Confer R. Kurtz re: trial; 0.1 Confer clients and C. Hoell by email re: trial evidence; 0.4 Work on opening and evidence; 0.2 Review exhibits and how to admit; 0.1 Confer AG re: exhibits |
| 12/3/24 | 3.9 | 0.1 Confer L. Howard at the Court re: Exhibit Index; 0.3 Confer C. Hoell by phone re: trial prep; 2.4 Conference K. Rockett re: trial prep; 0.9 Work on exhibit prep and strategy for introduction; 0.2 Confer C. Hoell by emails re: exhibits |
| 12/4/24 | 3.3 | 0.2 Trial prep call with C. Hoell; 1.9 Witness prep call with Brooklyn Rockett; 0.3 Trial prep call with C. Hoell; 0.5 Revise trial exhibits (including Court's form Exhibit Index) and share with opposing counsel; 0.1 Confer C. Ellis from MO AG; 0.3 Review defense exhibits, particularly new exhibits not disclosed in discovery |
| 12/5/24 | 6.8 | 0.8 Confer C. Hoell re: trial prep issues; 0.7 Conference A. Merello and C. Ellis re: exhibits and other evidentiary issues; 0.3 Confer C. Hoell re: trial strategy; 0.1 Confer reporter re: trial coverage; 4.8 Work on opening and exam; 0.1 Confer L. Howard at Court |
| 12/6/24 | 6.1 | 0.5 Confer C. Hoell re: trial strategy; 0.3 Id.; 0.5 Confer K. Smith at AG office re: exhibits in conference call initiated by same; 0.3 Confer C. Hoell re: same; 0.7 id.; 3.8 Work on opening and exhibits |
| 12/7/24 | 5.8 | 0.6 Confer Bart Rockett re: trial prep; 0.2 Confer C. Hoell re: evidentiary issues; 0.2 Draft and file reponse to 2d Eighmy limine; 4.8 Trial prep as to evidence and exam |
| 12/8/24 | 12.0 | Drive start 8:45am, arrive co-counsel house 9:45am (bill half time); prep until 11pm; 2.5 confer re: case during drive, taking notes on laptop; 8.5 hours trial prep (exclude an hour) |
| 12/9/24 | 15.0 | Court 8:10am conference oppo csl, 8:30 to 4:30 court, post-trial prep until 12:07am |
| 12/10/24 | 15.4 | Court 8:45am to 4:40pm; Morning Prep 0.8; Evening Prep 6.5 (including 0.7 conference A. Morello re: jury instructions) |
| 12/11/24 | 15.4 | Court 8:35am to 3:50pm; morning prep 0.5; trial prep 6.4 ; 1.2 Conference clients |
| 12/12/24 | 8.6 | Court 8:30am to 3:25pm; morning prep 0.5; 0.5 Confer client re: post-trial options; 1.2 Con fer co-counsel re: post-trial motion issues; NO CHARGE 0.1 Confer Springfield paper reporter |
| 12/13/24 | - | NO CHARGE 0.1 Confer Springfield newspaper reporter |
| 12/15/24 | 2.4 | 1.2 Work on fee app and confer counsel nationaly re: such fee apps; 0.4 confer B. Schock re: Schock fee app; 0.1 Email client re: posttrial motions; 0.1 Email B. Schock re: reimbursements; NO CHARGE 0.2 Confer; 0.3 reporter re: Branson newpaper story; 0.3 Confer fee experts re: motion ; 0.3 Work on same |
| 12/16/24 | 4.7 | 4.7 Work on motion for fees; NO CHARGE 0.3 Confer 1983 defense counsel re: defense fee rate perspective; NO CHARGE 0.3 Confer KC Star reporter |
| 12/17/24 | 1.5 | 0.1 Confer C. Hoell by email re: fee motion; 1.2 Revise fee motion, research same re: certain issues, and document fees and expenses; 0.2 Confer C. Hoell by phone |
| 12/18/24 | 0.5 | 0.2 Revise motion; 0.2 Confer C. Hoell; 0.1 Review costs and expenses bills for submission; NO CHARGE 0.1 Confer B. Schock; NO CHARGE 0.5 Confer J. Waldron; NO CHARGE 0.1 Confer N. Swanson |
| 12/19/24 | 0.2 | 0.2 Review C. Hoell time; NO CHARGE 0.1 Voicemail with M. Hanlon |
| 12/20/24 | - | NO CHARGE 0.1 Review J. Waldron declaration and confer J. Waldron re: same |
| 12/21/24 | 0.1 | Confer B. Rockett re: Declaration |
| 12/22/24 | 0.2 | Id. B. Rockett and C. Hoell |
| | 499.7 | at $550 |