IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| D. BART ROCKETT, <br> as next friend of his minor children, <br> K.R. and B.R, <br><br> Plaintiffs, <br><br> vs. <br><br> THE HONORABLE ERIC EIGHMY, <br><br> Defendant. | Case No. 6:21-cv-03152-MDH |

## ORDER

Before the Court is Plaintiffs' Bill of Costs. (Doc. 175). Plaintiffs seek an award of $10,357.61 for fees corresponding to filing fees, printed or electronically recorded transcripts, copies, and printing. Defendant objected to the motion to supplement the bill of costs and the Court issued an Order denying the motion to supplement the bill of costs to add mediation fees.

Wherefore, after a review of the record, the Court hereby approves the bill of costs and Plaintiffs are awarded costs in the amount of $10,357.61.

**IT IS SO ORDERED.**

DATED: March 11, 2025

                                                                      */s/ Douglas Harpool*
                                                                      **DOUGLAS HARPOOL**
                                                                       **UNITED STATES DISTRICT JUDGE**