*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

**AMENDED JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| D. BART ROCKETT, et al., | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 21-3152-CV-S-MDH |
| | ) | |
| ERIC DELL EIGHMY, | ) | |
| | ) | |

_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Plaintiff is hereby awarded attorney's fees, litigation expenses and costs in the amount of $326,637.22. (Order, Doc. 199)

The Court approves the bill of costs and Plaintiffs are awarded costs in the amount of $10,357.61. (Order, Doc. 202)

**IT IS SO ORDERED**.

March 11, 2025 — Paige Wymore-Wynn
Date — Clerk of Court

Entered on: March 11, 2025 — s/Linda Howard
(By) Deputy Clerk