**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 13, 2026

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 25-1664 Brooklyn Rockett, et al v. Eric Eighmy

Dear Sir or Madam:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant was John Michael Patton, AAG, of Kansas City, MO. The following attorney also appeared on the appellant brief; Maria A. Lanahan, former AAG, of St. Louis, MO.

Counsel who presented argument on behalf of the appellee was Hugh Athelstan Eastwood, of Saint Louis, MO. The following attorneys also appeared on the appellee brief; W. Bevis Schock, of Saint Louis, MO., Christopher R Hoell, of Clayton, MO.

Counsel who presented argument on behalf of the Amicus for appellees Institute for Justice was Dylan Moore, of Arlington, VA. The following attorneys also appeared on amicus brief for Institute for Justice; Anya Bidwell, of Arlington, VA., Patrick M. Jaicomo, of Arlington, VA. The following attorneys appeared on amicus brief for National Police Accountability Project; Eliana Machefsky, of Berkeley, CA., Lauren Bonds, of Overland Park, KS.

The judge who heard the case in the district court was Honorable M. Douglas Harpool.

If you have any questions concerning this case, please call this office.

Susan E. Bindler
Clerk of Court

DAK

Enclosure(s)
cc: MO Lawyers Weekly

District Court/Agency Case Number(s): 6:21-cv-03152-MDH